BEFORE THE FIRST DIVISION, JUNE 16, 1949

**No. 53286.**—Samuel S. Perry *v.* United States, protest 42915–K (Los Angeles).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, JUNE 16, 1949

**No. 53287.**—Pan American Import & Export Co. *v.* United States, protest 141877–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53288.**—Topken Co., Inc. *v.* United States, protests 494654–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53289.**—Lilienthal & Grossman, Inc., and H. H. Schmidt Glove Co., Inc. *v.* United States, protests 501277–G and 496004–G (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States.* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.